550 new

1 **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT: 42 U.S.C §§ 1983**

2

3 Name REDMOND, WALTER, RAY    8-10-07    FILED AUG 20 2007

4   (Last)    (First)    (Initial)    RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

5 Prisoner Number #2324794 (C.J.#5 @ 7A-#3)

6 Institutional Address P.O. BOX #67 @ SAN BRUNO, CA. 94066

7 CURRENTLY @ 6th FL. @ C.J.#1 @ 850 BRYANT ST., S.F. CA. 94103

8 ═══════════════════════════════════════════════

9 UNITED STATES DISTRICT COURT    E-filing
10 NORTHERN DISTRICT OF CALIFORNIA

11 WALTER RAY REDMOND    )
   (Enter the full name of plaintiff in this action.) 8-10-07    **C 07 4276**

12        vs.    Case No. _____
            (To be provided by the clerk of court)

13 SAN FRANCISCO POLICE DEPT.    )
14 OFFICERS FROM TENDERLOIN STAT-)    **COMPLAINT UNDER THE**    **CW**
                                                     **CIVIL RIGHTS ACT,**
15 ION, ON NARCO SQUAD-DAY SHIFT,)    **42 U.S.C §§ 1983**    **(PR)**
16 CITY OF SAN FRANCISCO    )
17 (Enter the full name of the defendant(s) in this action)) CITY & COUNTY OF SAN FRANCISCO, CA )

18 *[All questions on this complaint form must be answered in order for your action to proceed..]*

19 I.    Exhaustion of Administrative Remedies

20     [**Note:** You must exhaust your administrative remedies before your claim can go

21     forward. The court will dismiss any unexhausted claims.]

22     A.    Place of present confinement C.J.#1 @ 6th FL. 850 BRYANT ST. SAN FRANCISCO, CA. 94103

23     B.    Is there a grievance procedure in this institution?

24           YES (✓)    NO ( )

25     C.    Did you present the facts in your complaint for review through the grievance

26     procedure? (I WENT TO S.F. GENERAL HOSPITAL UPON ARRIVAL 7-15-07 BEFORE PROCESSING.) DATE OF MY ARREST.

27           YES (✓)    NO ( ) (TO DOCTOR) NOT TO GRIEVANCE BOARD.

28     D.    If your answer is YES, list the appeal number and the date and result of the YES I FILED A FORMAL COMPLAINT A WEEK AGO AND MAILED IT TO THE CONTROLLERS COMPLAINT OFFICE @ CITY HALL, RM 396.

- 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____ 2. First formal level I FILED A FORMAL CLAIM AGAINST THE MUNICIPAL ENTITY (CITY & COUNTY OF SAN FRANCISCO) SENT TO CONTROLLERS OFFICE @ RM. 396 @ CITY HALL #1 DR. CARLTON B. GOODLETT PLACE. @ SF, CA.

3. Second formal level _____

_____ 4 Third formal level _____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. I WAS CHOKED UNCONCIOUS UPON MY ARREST @ EDDY ST. 7-15-07, AGENTS THOUGHT I SWALLOWED HEROIN/COCAINE NONE RETRIEVE, UPON ARREST MY NECK BECAME PAINFUL, I WAS TAKEN TO HOSPITAL BEFORE PROCESSING.

II. Parties WALTER REDMOND @ C.J. #1 850 BRYANT ST.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

WALTER REDMOND
C.J. #1 @ 850 BRYANT ST. 6th FL.
SAN FRANCISCO, CA. 94103

B. Write the full name of each defendant, his or her official position, and his or her COMPLAINT FOUR NARCOTICS OFFICERS, WHO WORKED THE TENDERLOIN POLICE STATION AND THAT AREA ON 7-15-07, IN SILVER FORD CROWN VICTORIA ON A SUNDAY MORNING AT 10:45AM. AN ASIAN FEMALE, AN ASIAN MALE, AND TWO WHITE MALES, ON SHORT, AND ONE ABOUT 6"2 VERY TALL.


1     place of employment.

2 THESE FOUR OFFICERS THAT CHOKED ME "UNCONCIOUS" ON

3 7-15-07, A SUNDAY MORNING, SECONDS AFTER LEAPING

4 FROM THEIR SILVER CROWN VICTORIA, IN A PURSUIT FOR

5 HEROIN/COCAINE, WHICH THEY FOUND NONE, IN FRONT OF

6 A CROWD, WORK OUT OF THE TENDERLOIN POLICE STATION

   ON DAY SHIFT. (CITY OF SAN FRANCISCO). CITY EMPLOYEES.

### III.
### Statement of Claim

    State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

12 I HAD ARRIVED DOWNTOWN ON SUNDAY @ EDDY & LEAVEN-

13 WORTH, WAS CONSULTING WITH AN AQUAINTANCE, WHEN A

14 NARCO CAR, CARRYING TWO WHITE MALE AGENTS, TWO ASIAN

15 AGENTS/MALE & FEMALE, PULLED UP HEADING WESTBOUND UP

16 EDDY ST., STOPPED AT THE CORNER PARALLEL WITH ME, JUMPED

17 OUT AND RUSHED ME, THREE HELD ME, THE TWO ASIANS, AND

18 THE TALL WHITE OFFICER GOT BEHIND ME AND CHOKED

19 ME COMPLETELY OUT, A FULL NELSON SLEEPER-HOLD

20 TRYING TO RETRIEVE HEROIN/OR COCAINE WHICH I

21 HAD NOT SWALLOWED, I HAD NONE AT ALL! I AWAKE MINUTES

22 LATER TO HEAR THESE OFFICERS FRANTIC/WORRIED CONFUS-

23 ED, BECAUSE I HAD NOT COUGHED/VOMITED UP ANY DRUGS.

24 THEY STARTED TRYING TO COERSE/FORCE ME TO SAY I HAD
SWALLOWED DRUGS. THEY HAD NOT EVEN READ MY MIRANDA

### IV. Relief
25 RIGHTS. I HAD TO GO TO HOSPITAL @ S.F. GENERAL FOR
NECK PAIN AND INJURY. HEARD SOMETHING POP.

    Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 MY NECK AND BACK HAVE BEEN HURTING SCINCE THAT DAY,
I AM 50 YEARS OLD AND CANNOT BE "BRUTALIZED" LIKE
THEY DID THAT DAY 7-15-07. I WILL GET ATTOR-
COMPLAINT NEY TO SEEK -3- DAMAGES. NEED TO SEE
DOCTOR WHEN RELEASED.(I NEED AN ATTORNEY AND DOCTOR
A.S.A.P.) THEY WILL HAVE TO SPEAK ON MY BEHALF, COUNSEL
AND AN OUTSIDE DOCTOR. I AM HAVING NECK AND BACK PAIN.

I HAVE BEEN IN PAIN SINCE THIS "BRUTAL ARREST", UNJUSTIFIED ACTIVITY, I NEVER GAVE OFFICERS ANY REASON TO DO WHAT WAS DONE. WE NEVER SPOKE AT ALL, THEY JUST LEAPED OUT OF THE CAR AND STARTED CHOKING ME UNTIL I PASSED COMPLETELY OUT. I WAS SHOCKED WHEN I AWOKE STARING EASTWARD DOWN THE SIDEWALK TOWARDS MARKET AND EDDY. UNBELIEVABLE, NO DRUGS RECOVERED FROM MY THROAT/MOUTH!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of August, 2007

Walter Redmond 8-10-07

(Plaintiff's signature)

COMPLAINT

- 4 -