WALTER REDMOND #23247794
CJ#1 @ 6th FL. #3
850 BRYANT STREET
SAN FRANCISCO, CA. 94103

CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
450 GOLDEN GATE AVE.
P.O. BOX 36060
SAN FRANCISCO, CA. 94102



USA 41

RECEIVED
AUG 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA