FILED

AUG 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WALTER REDMOND 8-10-07
Walter Redmond

Plaintiff,

vs.

CITY AND COUNTY OF S.F., CA.
SAN FRANCISCO, CA. 94103
POLICE DEPT. @
TENDERLOIN PRECINCT. Defendant.

CASE NO. C 07 4276 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WALTER REDMOND 8-10-07, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: HAVE NOT WORKED IN A WHILE, TEMP SERVICE. WORK SLOW AT THIS TIME.

Gross: Ø LAST $10.00 HR    Net: Ø $400.00 WK.

Employer: STRATEGIC STAFFING @ PINE ST. S.F. CA. 94124

HOWEVER I WORKED IN PARK CITY, UTAH, FOR SKILL STAFF TEMP-
ORARY LABOR, BASED IN SALT LAKE CITY, UTAH @ 600 SOUTH @ 2nd W.

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

SKILL STAFF TEMPORARY LABOR - SALT LAKE CITY, UT. 6th SOUTH @ 2nd WEST. (WORKED IN PARK CITY, UTAH, $14.00 CONSTRUCTION IN JUNE 07.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a.  Business, Profession or self employment          Yes ___ No ✓
   b.  Income from stocks, bonds, or royalties?          Yes ___ No ✓
   c.  Rent payments?                                    Yes ___ No ✓
   d.  Pensions, annuities, or life insurance payments?  Yes ___ No ✓
   e.  Federal or State welfare payments, Social Security or other government source?  Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married? ⌀                                  Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____⌀_____    Net $_____⌀_____

4.  a.  List amount you contribute to your spouse's support:$ ___N.A.___

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile? BURROW SISTERS AUTOMOBILE   Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ ∅
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ___
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ 300.00 MO.          Utilities: $150.00 MO.
23  Food: $ 100.00 MO.          Clothing: VARIES
24  Charge Accounts: NONE
25  Name of Account        Monthly Payment              Total Owed on This Acct.
26  _____             $ _____                 $ _____
27  _____             $ _____                 $ _____
28  _____             $ _____                 $ _____  9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.) *No*
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ✓  *NOT AT ALL, THERE ARE NO OTHERS.*
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. *NONE*
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  *8-10-07*                    *Walter Redmond  8-10-07*
17       DATE                         SIGNATURE OF APPLICANT

1
2                                          Case Number: _____
3
4
5
6
7
8                           **CERTIFICATE OF FUNDS**
9                                      **IN**
10                          **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of WALTER REDMOND for the last six months
14  at 850 BRYANT ST. @ C.J.#1 S.F. CA. 94103
15                                  [prisoner name]
16  SAN FRANCISCO COUNTY JAIL #1, S.F.CA. where (s)he is confined.
17       [name of institution] I'VE ONLY BEEN INCARCERATED 25 DAYS FROM
                                 7-15-07, I'M INDIGENT - (415) 553-1847 CALL FOR
18       I further certify that the average deposits each month to this prisoner's account for the VARIFY.
19  most recent 6-month period were $ ___Ø___ and the average balance in the prisoner's
20  account each month for the most recent 6-month period was $ ___Ø___.
21
22  Dated: 8-10-07                    _____
23  SHERIFFS OFFICE #
24  (415) 553-1847                    [Authorized officer of the institution]
25  C.J.#2 @ 7TH FL.
26  COUNTY JAIL #,
27  PLEASE CALL TO HAVE
    INFO FAXED FOR CON-
28  FIRMATION. I'M INDI-
    GENT, NO FAMILY IN THIS
    STATE, THAT WILL HELP.

-5-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution. *I HAVE BEEN INCARCERATED FOR A MONTH ONLY SCINCE 7-15-07, WITH ABSOLUTELY NO MONEY IN ACCOUNT.*

A.  **Non-habeas Civil Actions** *I'M INDIGENT, I GET 2 ENVELOPES A WEEK.*

Effective February 2, 2005, the filing fee for any civil action other than a habeas is $250.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $250.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $250.00 filing fee applicable to all non-habeas civil actions.**

*I have been in jail 25 days, with absolutely no revenues/money at all on my account/books, save 27¢, and I will have none on my account, I have no family here for help, I'm indigent. My civil rights were violated, I will be pursuing an attorney at some point, I have scince filed a "claim" with the CONTROLLER'S OFFICE, RM 396 @ CITY HALL IN SAN FRANCISCO, AND I WILL BE FILING ALL NECESARY PAPERWORK. There were many witnesses that morning, and my associates have consulted with them recently.*

IFP APPLI.-PRISONER (Rev. 2/05)

V. **After Complaint Is Filed**

You will be notified as soon as the court issues any order in your case. It is your responsibility to keep the court informed of any changes of address to ensure you receive court orders. Failure to so do may result in dismissal of your action. *I HAVE A BON-A-FIDE COMPLAINT, AND WILL PURSUE AN ATTORNEY THRU THE BAR ASSN.*

VI. **Repeat Filers**

If you are seeking leave to proceed in forma pauperis and, while incarcerated or detained, you have filed §§ 1983 actions on three or more prior occasions which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, you may not file a new §§ 1983 action unless you are under imminent danger of serious physical injury. 28 U.S.C. §§ 1915(g).

VII. **Inquiries and Copying Requests**

Because of the large volume of cases filed by inmates in this court and very limited court resources, the court can no longer answer questions concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.