**FILED**

AUG 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WALTER RAY REDMOND

Plaintiff,

vs.

CITY OF SAN FRANCISCO
SAN FRANCISCO POLICE DEPT.
NARCO SQUAD @ TENDERLOIN
PRECINCT, DAY SHIFT.  Defendant.
CITY AND COUNTY OF SAN FRANCISCO

CASE NO. C 07 4276 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, WALTER REDMOND, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓ BETWEEN JOBS, LAST WAS

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: SKILL STAFF TEMP LABOR @ SALT LAKE CITY, UT. DOING CONSTRUCTION @ PARK CITY, UT.

Gross: $72.00 PER DAY    Net: $62.00 PER DAY

Employer: SKILL STAFF TEMP. LABOR @ SALT LAKE CITY, UT.

PRIS. APP. TO PROC. IN FORMA PAUPERIS  - 1 -

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received. (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 SKILL STAFF TEMP. LABOR @ 600 SOUTH SALT LAKE CITY, UT.
5 WORKED CONSTRUCTION IN PARK CITY, UTAH @ DEER VALLEY, UT.
6 ALSO EMPLOYED @ STRATEGIC STAFFING HERE IN S.F., CA. @ PINE & SUTTER ST.

7   2. Have you received, within the past twelve (12) months, any money from any of the
8 following sources:

9   a. Business, Profession or                      Yes ✓ No ___
                                                    WORK
10     self employment

11  b. Income from stocks, bonds,                   Yes ___ No ✓
12     or royalties?

13  c. Rent payments?                               Yes ___ No ✓

14  d. Pensions, annuities, or                      Yes ___ No ✓
15     life insurance payments?

16  e. Federal or State welfare payments,           Yes ✓ No ___
17     Social Security or other govern-
18     ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 I'VE WORKED @ SKILL STAFF TEMPORARY IN SALT LAKE CITY, UT.
22 DOING CONSTRUCTION IN PARK CITY, UTAH., ALSO G.A. @ SAN FRANCISCO

23  3. Are you married? YES - BUT SEPARATED, Yes ___ No ✓ NO CONTACT.
                         LONG AGO, 15 YEARS.
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28  4. a. List amount you contribute to your spouse's support: $ 0 NONE

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.). _NONE - THAT I CARE TO DISCUSS. I HAVE_
5  _TWO DAUGHTERS, ONE COLLEGE GRADUATE, ERICA REDMOND - JUST COMPLETED COLUMBIA, SOUTH CAROLINA UNIVERSITY - 4 YEARS._
6

7  5. Do you own or are you buying a home? _NO_    Yes ___ No ✓
8  Estimated Market Value: $ _Ø_    Amount of Mortgage: $ _Ø_
9  6. Do you own an automobile?    Yes ___ No ✓
10  Make _Ø N.A._ Year _____ Model _____
11  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12  Monthly Payment: $ _Ø NONE_
13  7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _WELLS FARGO @ FILLMORE ST., S.F., CA._
15
16  Present balance(s): $ _NONE_
17  Do you own any cash? Yes ___ No ✓ Amount: $ _Ø N.A._
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ✓
20
21  8. What are your monthly expenses?
22  Rent: $ _300.00 MO._    Utilities: _NONE_
23  Food: $ _150.00 MO._    Clothing: _VARIES_
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ | $ Ø |
|  | $ | $ Ø |
|  | $ | $ Ø |
| METRO CELLPHONE | $ 56.00 | NONE |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.) No
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. ∅
9  _____
10  _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  8-26-07                    Walter Redmond  8-26-07
17     DATE                       SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

1

2                                                           Case Number: _____

3

4

5

6

7

8                                   **CERTIFICATE OF FUNDS**

9                                                   **IN**

10                                   **PRISONER'S ACCOUNT**

11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of  _WALTER REDMOND_  for the last six months

14 _S.F. SHERIFF'S DEPT. CJ #5_ [prisoner name] where (s)he is confined.
         [name of institution]

15    I further certify that the average deposits each month to this prisoner's account for the

16 most recent 6-month period were $ _7.10_ and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $ _0.21_ .

18

19 Dated: _08/25/07_          _DEPUTY Ramos #1838_
                                   [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

Account Activity Ledger

From: 07/15/2007   To: 08/25/2007

Date: 08/25/2007
Time: 11:52

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2324794 | Name REDMOND, WALTER | | | Block 8MFL30 | | | Previous Balance | | 0.00 |
| Initial Entry | 07/15/2007 | 19:49 | B#220388 | 693800 | D | | 7.10 | | 7.10 |
| Sales Transaction | 07/18/2007 | 05:38 | I#256251 | | I | 6.25 | | | 0.85 |
| Sales Transaction | 07/25/2007 | 05:20 | I#257423 | | I | 0.64 | | | 0.21 |
| Sales Transaction | 07/26/2007 | 03:24 | I#257539 | | I | -0.64 | | | 0.85 |
| Sales Transaction | 07/26/2007 | 05:26 | I#257601 | | I | 0.64 | | | 0.21 |

Deposits   1  For $   7.10
Withdraws  0  For $   0.00
Invoices   4  For $   6.89