#1. 8-24-07

Dear Sir/Ma'am,
FILED AUG 29 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Case 4:07-cv-04276-CW Document 5 Filed 08/29/2007 Page 1 of 2
C07-4276 CW

this is a follow-up letter to let you know that my attorney/public defender, Mr. Henry Dooznig @ Public Defenders office, has my police report of my arrest, the morning of 7-15-07, at 10:30AM Sunday morning, when I was choked "full-nelson" unconcious, by Tenderloin District narcotics agents, two asian officers, one being female, and two white officers, driving a silver "Crown Victoria". at Eddy St. @ Leavenworth St., I sent a <u>In Forma Pauperis</u> application in a week ago, and I would also request to know have you sent a <u>United States Marshal</u> to serve said defendants, at the Tenderloin Precint, notice. I will be recieving a police report shortly from my former public defender, so that I may send you, however, you can call (415)553-1671 direct, and have "Mr. Henry Dooring" attorney fax said police report to you also. I have notified the A.C.L.U. of San Francisco, at length, and will continue to correspond with the Office of Citizens Complaints as well. I have filed an at length claim with the Controllers Office, and will stand poised to take this to media level. I am a former Security Officer @ Broadway Plaza Mall in downtown Walnut Creek, Ca., subcontracted by "GAURDIAN SECURITY", of Concord, Ca., and I also worked from 1999, to 2003 at Sunvalley Mall as a Security Officer, working with Concord Police Dept. periodically, during peak times, holidays etc. Please don't omit sending proper athorities to serve paperwork, U.S. Marshal officers. Again, I was accused of having drugs, to no avail, just arrived from Salt Lake City, UT. If there are any vital points you feel I didn't complete on the <u>In Forma Pauperis</u>,

CON'T. #2.

please let me know. This was a new endeavor, to be strangled by young officers, being a San Franciscan recently relocated to Salt Lake City, UT. to study with Latter Day Saints, (Mormons) scince 2004. I am 50 years old, help to build San Francisco over the years, in construction, also the sheetmetal industry, in the 1980's I worked at 101 California Bldg., for DEAN WITTER REYNOLDS, as a maintenance supervisor, and have stock broker associates, Albert Swabacher being one! I have given a lot to San Francisco in my better days, rubbed shoulders with many good people, being a striving Christian individual. As with all of us, there's been times I've made some wrong decisions, we are all human, correct me if I'm wrong, nobody's perfect. Nevertheless, this absolutely wasn't one of those times! I was enroute downtown, early on a Sunday morning, 7-15-07, fairly quiet, and this incident occured. I have heard stories now, that these "chokings" done by narcotics agents, here in S.F. have become common place, breaking on girls, a 16 year old's teeth, all out of her mouth, in an effort to retrieve drugs they assumed she had, the full-nelson choke-hold was initiated! Please contact me at this mailing address with paperwork, copies of documents, and what you send to me here, can you send a copy to my address @(1250 Pierce St. #1, S.F., Calif. 94115,) duplicates please.

Sincerely
Walter Redmond
8-24-07

Godspeed