Walter Redmond #2324794
C.J. #5 @ 4B #17
San Bruno, Calif. 94066

CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA
450 GOLDEN GATE AVE
P.O. BOX #36060
SAN FRANCISCO, CALIFORNIA
94102

SAN FRANCISCO CA 941
27 AUG 2007 PM
USA 41

94100/9999