CON'T
RE: EXCESSIVE FORCE
#1.

Case 4:07-cv-04276-CW    Document 6    Filed 08/30/2007    Page 1 of 3

8-29-07
WALTER REDMOND
CASE# C 07 4276 CW(PR)

Dear Sir/Ma'am,

this is an additional follow-up regarding my complaint, because I want to be as thorough as my memory will allow me to be. After I had been choked unconcious, and awakened to all of the kaos I was hearing among the four police officers, because I had not regurgitated/coughed-up the drugs they assumed, and hoped I had swallowed, I was taken to the station where I was immediately allowed to talk to a medic, and I explained to him my neck was hurting extremely, it truly was, but I was under duress, still frightened like an individual waking up from an epilepsy/cesure attack. I was in shock, appauled and in pain. What I'd like to add is once I was dropped off at 850 Bryant St. after sitting in a Tenderloin Precinct cell for 4 hours, I was taken by different S.F.P.D. officers to the hospital, and as I sat there waiting for a doctor, a neck-brace for the pain, it was about 4:30pm and another narco agent, friend of the defendants, and co-worker shows up, relieveing the uniformed officers, and started talking smart, in a threatening manner immedediately, very intimidating as they do in many instances, and I was under much duress and coersion at the hospital, and though I was in pain, it was obvious he, or his intent was to discourage me from getting help, so a record of what truly was wrong, would not be documented. The nurse, a "city employee also," and he talked, and she was told to encourage me to say I was alright, though my neck still hurts, and I'm in pain today, 6 weeks/six wks later! I kept telling the nurse under my breath, shaken my head, but she was a puppet after the agent had basically intimidated, coersed her, lead-her-on, to mislead me in my report. Fact is also, I knew I had to ride back to 850 Bryant St. jail with this unstable character, and I wanted to make it back unharmed.

#2. Therefore my being seen at San Francisco General on 7-15-07, was an inaccurate account of my condition, which was much worse! I am a 50 year old fragile individual, because I've had, or been in two near fatal car accidents, and also worked in sheetmetal, and construction in my younger years, helping to build this city, also being a professional line-cook in my early 30s, before being hired on a Dean Witter Reynolds, at 101 California Blvd., as a maintenance supervisor, which allowed me to meet many a top-gun stock-brokers like Mr. Albert SHWABACKER, and others; from whom I got interested in Walnut Creek, Ca. area, and eventualy moved to, by the late 80's, working for WELLS FARGO SECURITY. Again, I am here at this facility, and still have not been seen for my neck, or given ~~----~~ medication for my pain! I have filled out several grievance forms, alerting the medics, but they are all city employees, the police @ S.F.P.D., and the "nurse practioner", and C.N.A.'s at this facility... I am being denied medical care regarding this incident, and as I said, the nurse I saw at S.F. General, on 7-15-07 was coersed by the police narco agent, to tell me to say I wasn't hurt, when a 6'13 FT. 300lb police agent "choked me out", knowing my body jerked as he held me off the ground (at his height,) which in turn put my entire body weight on my neck, as my reflexes activated, as I went totaly unconcious! I'm in pain here at San Bruno County jail, and I'm getting no medical attention! Can you help with this at all? I am at the mercy of this entity, "THE CITY", if you will, and need help!

P.S. A Mr. Sosa @ Public Defenders office, has my police report, which is available to you. (415) 553-1671 Please don't hesitate to get records (you have my authorization. 8-29-07)

Sincerely,
Walter Redmond
8-29-07

TO: MEDICAL CLINIC PRACTITIONER
8-29-07
URGENT

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance** (Place an X in the corresponding category)

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ✓ Jail Medical Services
- ___ Food Services
- ___ Other

Date / Time: 8:40 PM
Facility: C.J. #5 @ 2A
Deputy / Star#: ARNOLD 1958
Code: ___
Log Number: ___

**Prisoner's Name:** Walter Redmond    **Jail #** 2324794    **Cell #** 2A @ #17

**Grievance** (Please be specific: time, date, etc.) I AM IN PAIN DUE TO TRAUMA THAT CAME FROM MY NECK BEING TWISTED BY POLICE WHEN I WAS PUT IN A "FULL NELSON", AND CHOKED UNCONCIOUS, BY A 6FT 3IN OFFICER. I HAVE BEEN REQUESTING TO BE SEEN ABOUT MY NECK BECAUSE I NEED X-RAYS, AND MEDS FOR PAIN. I HAVE FILLED OUT SEVERAL FORMS. I WAS TAKEN TO GENERAL HOSPITAL THE DAY OF MY ARREST, BEFORE BEING BOOKED, BECAUSE OF PAIN TO MY NECK, OR IN MY BACK. I KNOW ONCE I WAS LIFTED OFF THE GROUND AND CHOKED UNTIL MY WINDPIPE (WSB) ??? CAUSED MY BODY TO JUMP FIGHTING FOR AIR, BEING OFF THE GROUND, I KNOW MY NECK WAS TWISTED BAD, BECAUSE FOR 6 WEEKS I'VE BEEN IN PAIN. I WAS MISLEAD AT S.F. GENERAL ON 7-15-07, AND DID NOT GET PAIN PILLS OR SEEN BECAUSE I WAS FRIGHTENED, UNDER DURESS, BECAUSE THE AGENT WHO ARRESTED ME WAS THERE, AND HE TOLD THE NURSE TO PERSUADE ME I WAS FINE. (DURESS) (INTIMIDATION)

**Prisoner's Signature** Walter Redmond    8-29-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond    8-29-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature: ___    Date: ___
Prisoner's Signature: ___
☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**

Signature: ___    Date: ___
Prisoner's Signature: ___
☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

Signature: ___    Date: ___    ☐ Upheld Grievance Response

Orginal (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)