JAMES REDMOND
C.J. #3 @ 2A-77 "Bravo"
P.O. BOX 67
San Bruno, Calif. 94066

SAN FRANCISCO CA 941
29 AUG 2007 PM 4
USA 41

CLERK OF THE UNITED STATES DISTRICT COURT
OF NORTHERN CALIFORNIA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
San Francisco, CA. 94102

94102+3661 C004