9-9-07

Dear Honorable Judge,

RE: CASE # C 07 4276 CW (PR)
WALTER REDMOND VS.
CITY AND COUNTY OF S.F., CA.

I WALTER REDMOND respectfully, and most humbly request counsel in this matter of civil rights violations by S.F.P.D., on the grounds that I am unable to afford one, this is a very serious case because it has come to my attention that these four narcotics agents out of the Tenderloin Police precinct/station have been choking other individuals out, and unconcious, breaking one teenage girls teeth, in an effort to retrieve drugs! I'd just returned from 4 mos. in Salt Lake City, Utah, as they saw my I.D., and became more aware they four had errored greatly, choking me unconcious for NO REASON! Would they have went down to Market St. at Spear St, in the Embarcadero, jumped out of the car, and in seconds choked someone out cold? I'm a former resident of Walnut Creek, Calif. @ Tamarisk Dr., deep W.C., California, and a Sunvalley Mall security officer also, formerly, until the company changed contracts in 2003! I am incarcerated temporarily, and in great need of a competent attorney, though I have hospital records the day of my arrest 7-15-07 at S.F. General, but I was under duress, and got no help for my neck. The agent who choked me out was, 6"3 from behind, I was off the ground, never fought back, as if I had a chance! I couldn't believe what had happened to me, in 2007, in downtown San Francisco, on a Sunday morning, no respect! These four officers will try and lie, on stand, it doesn't matter, I request counsel, and there were witnesses! Please your honor. History has proven S.F.P.D. officers have a "track-record" for lieing/telling lies (under oath) absolutely! A way of life for S.F.P.D.! I'm a native San Franciscan, 50 years old....

Sincerely
Walter Redmond
9-9-07

P.S. PLEASE HAVE U.S. MARSHAL SERVE PAPERS SOON, AND PLEASE KEEP ME UP ON EVENTS. (AT YOUR CONVENIENCE) YOUR HONOR

# San Francisco County Jail Facility
## Prisoner Grievance Form

*TO: NURSE PRACTITIONER OR DOCTOR'S CLINIC.*
*9-8-7*
*(VERY URGENT)*
*HAVING NECK PAINS PERIODIC)*

**Type of Grievance**
(Place an X in the corresponding category)

| | |
|---|---|
| ___ Classification | ✓ Jail Medical Services |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

Date / Time: ___
Facility: ___
Deputy / Star# ___
Code ___
Log Number ___

**Prisoner's Name:** Walter Redmond      **Jail #** 2374794      **Cell #** 2A @ 5

**Grievance** (Please be specific: time, date, etc.) I HAVE CONTINUED TO HAVE NECK PAIN FROM MY NECK BEING TWISTED, AND BEING CHOKED OUT UNCONSCIOUS DURING MY 7-15-07 ARREST, WHERE I WAS TAKEN TO THE HOSPITAL @ S.F. GENERAL, BUT WAS UNDER DURESS, ALONG WITH NURSE THERE, BECAUSE ARRESTING OFFICERS CO-WORKER MADE ME UNCOMFORTABLE, AND THE NURSE ACTUALLY TRIED TO PURSUADE ME TO SAY MY NECK DID NOT HURT, CONTRARY TO WHAT I HAD TOLD HER, THAT MY NECK WAS IN-DEED IN PAIN. THE OFFICER WHO POPPED UP-RELIEF SHIFT TO ARRESTING OFFICERS (NAPOLI ALSO) A RED-HEAD GUY ABOUT 27 YEARS-OLD, TALK TO THE NURSE, AND I COULD TELL A CONSPIRACY WAS IN THE MAKING (TWO CITY EMPLOYEES) TO TELL ME I WAS O.K. — ALRIGHT, SO I WAS UNDER DURESS, AND IN CUSTODY OF WHAT I PERCIEVED TO BE DANGEROUS POLICE, SO MY PARTICIPATION THERE IS INCORRECT, I WAS HURT, AND RECIEVED NO HELP FROM THE NURSE AT GEN!

**Prisoner's Signature** Walter Redmond   9-8-07   (NO HELP TO THIS DAY)

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose *NO X-RAYS, NOTHING.* information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond   9-8-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature: ___   Date: ___
Prisoner's Signature: ___   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**

Signature: ___   Date: ___
Prisoner's Signature: ___   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

Signature: ___   Date: ___   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

RE: DEPOSITION REQUEST
& "DISCOVERY" - (PRE-TRIAL DISCOVERY)

Honorable Judge,

    I Walter Redmond do respectfully request "pre-trial discovery", along with being seen by an outside doctor concerning my neck, which continues to bother me, very painful, and stiff at times. I was held off the ground from behind, and I'm 50 years old, 178 lbs. All lower weight supported by my neck, while choked-out. I also request a "deposition" be taken, from the four officers involved that morning 7-15-07, 10:30AM, at my arrest. I respectfully request "production", requesting a copy of my police report, all written statements, originals and copies identifiable as reports about the incident on the morning of 7-15-07 made by arresting officers, and all other agents involved. Again your Honor, I WALTER REDMOND respectfully request "discovery", and "deposition" hearing, of all parties involved. I will also need counsel, this is manditory for my case your honor, and so I do request the afore mentioned, as soon as possible. I never ran/resisted these agents at all, and this conduct they four officers know was grave error! They would not go down to Embarcadero area, and jump-out and choke someone unconcious in seconds.

Sincere Thanks
Walter Redmond
9-9-07

(RE: All Records – MEDICAL POLICE REPORTS) C.J. RECORDS & BRUNO JAIL / WALTER REDMOND) 8-29-07

Dear Sir/Ma'am,

I Walter Redmond do hereby athorize, and require the release of all medical records from S.F. General on 7-15-07, my day of visit before arrest, to all agents of Federal Government of 450 Golden Gate Office, and also police records, and all records from county jail #5 at San Bruno jail, also C.J.#1, and 2, at 850 Bryant St. All medical records from all jails, grievance forms and such. Please again, release all documents/records, confidential and public, to any/all Federal investigators, that enquire in my best interest. I O.K. release, these. Will be need for research.

Sincerely

Walter Redmond
8-29-07