Envelope:

Return address:
WALTER REDMOND #2324794
Lot #5 @ 2A #5
P.O. Box #67
San Bruno, Calif. 94066

Postmark: SAN FRANCISCO CA 94 / 10 SEP 2007 PM / USA 41

Received stamp:
07 SEP 11 PM 1:3[?]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Addressed to:
CLERK OF THE U.S. DISTRICT COURT OF THE
NORTHERN DISTRICT OF CALIFORNIA @
450 GOLDEN GATE AVENUE
ROOM # 396
SAN FRANCISCO, CALIF.
% RICHARD W. WIEKING
CLERK OF COURT.
RE: CASE # C 07 4276 CW (PR)

34102/3861