9-20-07

Dear Honorable Judge,                Case # C 07 4276 CW (PR)

here is the police report that confirms my case, the "merit" you requested, validity. Although I was choked-out from behind, "full-nelson" choke hold, which I now hear in this jail is very popular practice, by police in this city. I've been living in Salt Lake City, UT. Scince 2003, and the police are nice, respectable, courteous, and professional. Sure they have drug problems, what city doesn't, but it doesn't cause officers to go bad, cross-the-line, like the infamous L.A.P.D.! Although there were witnesses, and once I walked into the jail, spoke to the medic, telling him what occured that Sunday morning 30 minutes ago, he became "fiercely angered", and ordered me taken speedily, expedited to the hospital!... I never changed to orange jail clothes, but remained in street clothes and spent 6 to 8 hours there, where I was under duress to not complain about my neck, because though the 4 narco agents were gone, two regular police officers transported me to S.F. General, but a narco agent for swing shift, and the morning agents friend, and co-worker popped-up there, relieved the other two officers, and started sarcastic, intimidating, smart-talk. My neck was in pain, and I told nurse, he pulled her to the side, had a talk with her, a fair complexioned, creole looking nurse, black and white ethnicity, and she came back trying to pursuade me nothing was wrong with my neck! You could tell she was coached and coersed, two city employees, I wish I had a movie camera to show the scene in court, I'm a 50 year old man, college educated, exceedingly perceptible, a former security officer of

CON'T

"BOOK OF MORMON"

Sunvalley Mall in Concord, Ca., from 2002 while 2002, working with Concord P.D. on "stings" of professional shoplifting groups using cellphones at the mall during Christmas holidays, doing reports, taking info, also I've studied scriptures 23 years. Recently moved to Salt Lake City, UT. to study with the Mormons, CHURCH OF J.C. OF LATTER DAY SAINTS! So here we have two city employees, the male agent 27 about, (the police narco), and an inter doctor about 26, trying to pursuade me that I had "no neck pain at all", a team effort in which I saw through, and felt intimidated, under duress, and I knew this guy had to take me back, the ride from general hospital, to jail, anything could happen, S.F.P.D.'s reputation is so foul, that Office of Citizens Complaints was born, in 1989 because of the murders, like the 12 year old retarded Samoan child holding a plastic gun, about 9 years ago on Hunters Point Hill, around Christmas. Shot a 12 year old retarded child dead because of a plastic gun, a retarded child. I'm a native Franciscan, proud of my city, love it's diversity, but some of it officers over the last 40 years, were like the cops at the Nicole Brown Simpson murder scene, moving evidence around, planting and shifting items, putting blood here and there, 150% tampering, which ultimately "forfieted," caused the case to have to be "thrown out", aquitting a guilty man, behind their "racism", ignorance, no college, or culture training, no wisdom/knowledge/understanding, the-lesser-of two evils. O.J. Simpson had them beat, but L.A.P.D. run a close second, "under-the-color-of-athority," "appalling"!.. S.F.P.D. following a close 3rd place, the lesser, lesser of three evils! So I had a doctor visit in which I recieved no help!

(415) 375-2700 MESSAGE#

(wizzardwalt772002@yahoo)

Sincerely
Walter Redmond
9-20-07

**070712990**

San Francisco Police Department
## NARRATIVE

While driving west on the two hundred block of Turk St Officers I. Michaud #915, Lew #1777, Minner #149 and I saw (B) Redmond standing in front of 275 Turk St. Redmond was talking with another male and when they saw us they quickly separated and walked away in different directions Redmond was holding US Currency in his right hand. Having made numerous arrests in this area for the sales and possession of narcotics we believed we had just interrupted a narcotics transaction. We detained Redmond to investigate and a computer check revealed the above outstanding warrant and that he is on active probation with a search condition (CRT# 2098874). Redmond was placed under arrest. During an arrest search I found in his front right pants pocket a bottle that contained sixteen pills of suspected clonazepam. Redmond was transported to Tenderloin Station where Vic #64 at CWB confirmed the warrant. Redmond was booked on the above charges. Officer I Michaud booked the suspected narcotics at Tenderloin Station.

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial

**070712990**

| | |
|---|---|
| Incident Number | 070-712-990 |
| Occurrence from Date/Time | 07/15/07 10:57 |
| Occurrence to Date/Time | |
| Reported Date/Time | 07/15/07 10:57 |
| CAD Number | 071961614 |

**Type of Incident:** Warrant Arrest, Local SF Warrant -63010

**Location of Occurrence:** 275 Turk St St

**At Intersection with/Premise type:** Sidewalk

- Confidential Report? ☐
- Arrest Made? ☑
- Suspect Known? ☑
- Suspect Unknown ☐
- Non-Suspect Incident? ☐
- Domestic Violence? ☐
- (Type of Weapon Used)
- Reporting Unit: 3J35

**Location Sent:** OnOview

**How Cleared?** 6

- Elder Victim ☐
- Gang Related? ☐
- Juvenile Subject? ☐
- Prejudice Based? ☐

### OFFICER DECLARATION

I declare under penalty of perjury, this report of ___3___ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

**PROP 115 CERTIFIED    5 YEAR/POST**

**Signature:** [signed]

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer: Michaud, Brian D | 1940 | Tenderloin Station | 0600-1600 | 07/15/07 15:00:26 |
| Reviewing Officer: Sergeant Kevin E. Phipps #446 | | Co. J | 06-16 | 07-15-07 |
| OIC: LT. MICHAEL FLYNN, #890 | | | | |

**Related Case:** 030398727

**Re-Assigned to / Copies to:** 5G200

**Assigned to:** 5G200

### REPORTEE 1

| Code | Name (Last, First Middle) | Alias |
|---|---|---|
| R 1 | SFPD 1940, 915, 1777, 149. | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB | Age | DOB Unk ☐ | or age between: and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd | ID No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

- Confidential Person ☐
- Violent Crime Notification ☐
- 293 PC Notification ☐
- Star
- Follow-up Form YES ☐
- Statement YES ☐
- Relationship to Subject

### BOOKED 1

| Code | Name (Last, First Middle) | ALIAS |
|---|---|---|
| B 1 | Redmon, Walter | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | No Local | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|

| DOB Unknown ☐ | Date of Birth 11/23/56 | Age 50 | or age between and | Race B | Sex M | Height 5'08 | Weight 165 | Hair Color BLK | Eye Color BRO |
|---|---|---|---|---|---|---|---|---|---|

**SFNO:** 326999

| Book Section #1 | Book Section #2 | Book Section #3 | Book Section #4 | Book Section #5 | Booking Location |
|---|---|---|---|---|---|
| M/W11357(X)(1) | 1203.2A PC | | | | |

| Warrant # | Court # | Action # | Dept | Enroute to | CWB Check | Star |
|---|---|---|---|---|---|---|
| S681671 | 2098874 | 196941 | 22 | | vic | 64 |

| Warrant Violation(s) | Bail | Mirandized | Star | Date | Time | Statement |
|---|---|---|---|---|---|---|
| 11352A HS | 0 | ☐ | | | | ☐ |

| Citation # | Violation(s) | | | Appear Date/Time | Location of Appearance |
|---|---|---|---|---|---|

| Book/Cite Approval | Star | Mass Arrest Code | M X-Rays | School (if Juvenile) | CA Form Booked Copy Attached |
|---|---|---|---|---|---|
| Sgt Darcy | 115 | | ☐ | | ☐ |

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tatoos

TO: MR. WOODBURY @ CLINIC
FROM: PETITIONER
8-29-07
URGENT

# San Francisco County Jail Facility
## Prisoner Grievance Form

SFSO / BATONI

**Type of Grievance**
(Place an X in the corresponding category)

(NECKS BOTHERING ME)

| | |
|---|---|
| ___ Classification | _X_ Jail Medical Services |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

2A05

**Date / Time:** 8/29/07 17:30
**Facility:** CJ5
**Deputy / Star#** Ann #1544
**Code**
**Log Number** 907014

2A-07

**Prisoner's Name:** WALTER REDMOND   **Jail #** 2324794   **Cell #** 2A - #17

**Grievance** (Please be specific: time, date, etc.) I HAVE BEEN IN PAIN FROM MY NECK, BECAUSE I WAS LIFTED OFF OF MY FEET BY A SIX FOOT THREE / 6FT 3IN. POLICE OFFICER FROM BEHIND, AND CHOKED COMPLETELY "UNCONCIOUS". I'M SURE MY BODY TWISTED IN AN EFFORT TO KEEP BREATHING WHILE I GASPED FOR BREATH AS I WAS GOING OUT. I HAVE BEEN IN PAIN SINCE 7-15-07, WHEN I WENT TO GENERAL HOSPITAL AFTER THIS INCIDENT, BEFORE BEING BOOKED. I WAS THERE 8 HRS. BUT WAS INTIMIDATED, AND UNDER DURESS BY THE PRESENCE OF POLICE WHO STILL HAD ME IN CUSTODY, AND HAD TO TRANSPORT ME DOWNTOWN. THOUGH I WAS HURT AS MY NECK IS HURT NOW, (I'M IN PAIN) FOR 6 WEEKS NOW, AND WAS GIVEN NO MEDS. THE OFFICER WAS TELLING THE NURSE AT BOTH GENERAL, AND 850 BRYANT ST. TO TELL ME TO SAY I WAS FINE. THE NURSE AT GENERAL WAS INTIMIDATED ALSO, A YOUNG CREOLE NURSE. I WAS NEVER LOOKED AT, OR GIVEN MEDS. WHEN WE RETURNED TO BOOK ME, THE OFFICE SAID SOMETHING FOUL TO KEEP DEPUTY VAN EWAN FROM READING

**Prisoner's Signature** Walter Redmond  8-29-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  8-29-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:** Walter Redmond  8-29-07

**Signature:**   **Date:**
**Prisoner's Signature:** [illegible]   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:** Mr. Redmond, you are currently on pain medication for your medical pain. Thank you.

**Signature:** [illegible]   **Date:** 08/31/07
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:**   **Date:**   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

TO: MEDICAL CLINIC NURSE PRACTITIONER
8-29-07
2405  URGENT

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

| | |
|---|---|
| ___ Classification | ✓ Jail Medical Services |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

Date / Time: 8:40 AM
Facility: C.J. #5 @ 2A
Deputy / Star#: ARNOLD 1950
Code
Log Number: 902014

**Prisoner's Name:** Walter Redmond    **Jail #** 2324794    **Cell #** 2A @ #17

**Grievance** (Please be specific: time, date, etc.) I AM IN PAIN DUE TO TRAUMA THAT CAME FROM MY NECK BEING TWISTED BY POLICE WHEN I WAS PUT IN A "FULL NELSON" AND CHOKED UNCONCIOUS, BY A 6FT 3IN OFFICER. I HAVE BEEN REQUESTING TO BE SEEN ABOUT MY NECK BECAUSE I NEED X-RAYS, AND MEDS FOR PAIN. I HAVE FILLED OUT SEVERAL FORMS. I WAS TAKEN TO GENERAL HOSPITAL THE DAY OF MY ARREST, BEFORE BEING BOOKED, BECAUSE OF PAIN TO MY NECK, OR IN MY NECK, AND BACK. I KNOW ONCE I WAS LIFTED OFF THE GROUND AND CHOKED UNTIL MY WINDPIPE CLOSED, MY REFLEXES CAUSED MY BODY TO JUMP, FIGHTING FOR AIR, BEING OFF THE GROUND, I KNOW MY NECK WAS TWISTED BAD, BECAUSE FOR 6 WEEKS I'VE BEEN IN PAIN. I WAS MISLEAD AT S.F. GENERAL ON 7-15-07, AND DID NOT GET PAIN PILLS OR SEEN BECAUSE I WAS FRIGHTENED, UNDER DURESS, BECAUSE THE AGENT WHO ARRESTED ME WAS THERE, AND HE TOLD THE NURSE TO PERSUADE ME I WAS FINE (DURESS) (INTIMIDATION)

**Prisoner's Signature** Walter Redmond    8-29-07

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond    8-29-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**




Signature: ___    Date: ___
Prisoner's Signature: ___    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, please read attached statement, male nurse [illegible]




Signature: [illegible]    Date: 05/31/07
Prisoner's Signature: ___    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**




Signature: ___    Date: ___    ☐ Upheld Grievance Response

Orginal (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)

TO: MR. WOODBURY
NURSE PRACTITIONER
8-28-07
11:30 AM

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance** — URGENT
(Place an X in the corresponding category)

| | |
|---|---|
| ___ Classification | ✓ Jail Medical Services (NECK PAINS) |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

Date / Time: 8-28-2007
Facility: CJ #5
Deputy / Star#: STAEHELY/1202
Code: 
Log Number: 907014

N-07

**Prisoner's Name:** WALTER REDMOND
**Jail #** 2324794
**Cell #** 2A @ #17

**Grievance** (Please be specific: time, date, etc.) MY NECK IS GETTING STIFF MORNINGS, AND IS AILING ME, PAINFUL SINCE MY ARREST, WHEN WENT TO SAN FRANCISCO GENERAL ON 7-15-07. I have written grievances so that I may be seen by the doctor to get stronger medication, and a neck-brace. I WAS PUT IN A "FULL NELSON" CHOKE-HOLD AND CHOKED UNCONSCIOUS THE DAY OF MY ARREST, AND HAD TO BE TAKEN TO GENERAL HOSPITAL FOR 8 HOURS. UNDER DURESS, AND COERSION, AND INTIMIDATION BY NARCOTICS OFFICERS I COULDN'T TELL NURSE I WAS IN MUCH PAIN, MY NECK WAS TWISTED BAD, AND I DON'T EVEN KNOW HOW LONG I WAS OUT. I AM 50 YEARS OLD, FRAGILE, ESPECIALLY MY NECK! I AM IN PAIN AND I NEED TO SEE THE NURSE PRACTITIONER AGAIN. I DID NOT GET ADEQUATE ATTENTION. I WAS BASICALLY RUSHED THRU BECAUSE THE ARRESTING NARCO OFFICERS PRESENSE, AND SMART-TALK SARCASM WAS INTIMIDATING, THEREFORE THE NURSE WAS EVEN UNDER PRESSURE TO PUT I WAS ALRIGHT AND GET ME OUT

**Prisoner's Signature** Walter Redmond   8-28-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond   8-28-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**


**Signature:**                    **Date:**
**Prisoner's Signature:**         ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, [illegible] grievance [illegible]

**Signature:** [signature]    **Date:** 09/05/07
**Prisoner's Signature:**     ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**


**Signature:**    **Date:**    ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

TO: NURSE PRACTITIONER OR DOCTOR @ MEDICAL CLINIC. 9-8-7 (VERY URGENT) (HAVING NECK PAINS PERIODIC)

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

- ___ Classification
- ✓ Jail Medical Services
- ___ Psych Services
- ___ Food Services
- ___ Telephone
- ___ Other

Date / Time: ___
Facility: ___
Deputy / Star#: ___
Code: ___
Log Number: 907014

**Prisoner's Name:** Walter Redmond    **Jail #** 2324794    **Cell #** 2A@5

**Grievance** (Please be specific: time, date, etc.) I HAVE CONTINUED TO HAVE NECK PAIN FROM MY NECK BEING TWISTED, AND BEING CHOKED OUT UNCONCIOUS DURING MY 7-15-07 ARREST, WHERE I WAS TAKEN TO THE HOSPITAL @ S.F. GENERAL, BUT WAS UNDER DURESS, ALONG WITH NURSE THERE, BECAUSE ARRESTING OFFICERS CO-WORKER MADE ME UNCOMFORTABLE, AND THE NURSE ACTUALLY TRIED TO PURSUADE ME TO SAY MY NECK DID NOT HURT, CONTRARY TO WHAT I HAD TOLD HER, THAT MY NECK WAS IN-DEED IN PAIN. THE OFFICER WHO POPPED UP-RELIEF SHIFT TO ARRESTING OFFICERS (NARCO ALSO) A RED-HEAD GUY ABOUT 27 YEARS OLD, TALK TO THE NURSE, AND I COULD TELL A CONSPIRACY WAS IN THE MAKING (TWO CITY EMPLOYEES) TO TELL ME I WAS O.K. - ALRIGHT, SO I WAS UNDER DURESS, AND IN CUSTODY OF WHAT I PERCIEVED TO BE DANGEROUS POLICE, SO MY PAPERWORK THERE IS INCORRECT, I WAS HURT, AND RECIEVED NO HELP FROM THE NURS AT GEN.!

**Prisoner's Signature** Walter Redmond  9-8-07  (NO HELP TO THIS DAY)
NO X-RAYS NOTHING.

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  9-8-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature: ___    Date: ___
Prisoner's Signature: ___    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, you are scheduled for a trauma appointment at San Francisco General Hospital for your medical problems. Thank you.

Signature: ___    Date: 09/10/07
Prisoner's Signature: ___    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

Signature: ___    Date: ___    ☐ Upheld Grievance Response

Orginal (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)