Lester Redmond
CT #3 @ Zhfzrzmrf
San Bruno, CA. 94066
P.O. Box #67

RECEIVED
07 SEP 26 PM 5:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States District
Court for the Northern District of
California
450 Golden Gate Avenue Rm 39C
P.O. Box #36060
San Francisco, CA. 94102
Case# C 07 4276 CW (PR)
c/o Richard W. Wieking, Clerk