RECEIVED

OCT - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

OCT 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

C07-4276 CW

---

WALTER R. REDMOND

V.

CITY & COUNTY OF SAN FRANCISCO
SAN FRANCISCO POLICE DEPARTMENT
OFFICERS FROM TENDERLOIN STATION
NARCOTICS SQUAD. REFER TO POLICE REPORT
7-15-07, 10:30am. ARREST: TWO ASIANS, TWO
WHITE AGENTS. (ASIAN FEMALE)

MOTION FOR APPOINTMENT OF COUNSEL

Civil Action No. ___

---

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. (C 07 4276 CW (PR)) In support of this motion, plaintiff states

#1. Plaintiff is incarcerated, and unable to afford counsel. He has requested leave to proceed in forma pauperis.

#2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are extremely complex, and will require significant research, and investigation, that the truth may inevitably be revealed in the disposition. Plaintiff has very limited access to law-library an limited

knowledge of the law.
-------------------------------------x

#3. A trial in this case will likely involved conflicting testimony, and counsel, no doubt, would better enable plaintiff to present evidence, and cross examine witness, to get to truth.

#4. I was/had an encounter with four narco agents who assumed I was a drug dealer on a Sunday at 10:30AM downtown, leaped from the car, and in seconds, a 6'3 inch agent put me in a full-nelson, choked me completely unconcious, like waking from epilepsy attack. They thought I would regurgitate, "choke" up a large back of narcotics of some kind, "God only knows", but it never happened, I never swallowed anything, was on my way to Church. They were in "kaos" when I came to. No Miranda Rights were read, it was "foul", and they started trying to make me say I swallowed drugs! I'd just came from Salt Lake City, my home, they saw I.D. and paniced more! I had been here 4 days. They falsified the police report already, I went to the hospital for my neck, I'm 50 years old, (they didn't even put I was choked-out in the report), but S.F. General has records of a visit by noon!... 7-15-07 So these characters are going to be, like "Pagans", saying anything but the truth, "rogue cops!"... I have heard about these four officers in the system here now, they have hurt many people, they have pending class action cases, and I heard they broke a 16 year old girls teeth out with the same choke-hold!... I respectfully, and humbly request "competant", well seasoned counsel for this case... Manditory your honor!

Walter R. Redmond
9-27-07

WALTER R. REDMOND
P.O. BOX 67 @ C.J. #5
SAN BRUNO, CALIF. 94066