FILED

OCT  2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir/Ma'am,    9-27-07
                   WALTER REDMOND
this is regarding case # C 07 4276 CW (PR)
Civil rights violation 42 U.S.C. 1983-1985
filed about 6 weeks ago in Rm 396. The O.C.C.
is currently investigating this matter, and
the A.C.L.U. is monitoring progress also. I am
respectfully requesting an attorney through the
courts, for the reasons stated in the "Motion
for the appointment of Counsel. Again case #
C 07 4276 CW (PR)

P.S. Ultimately, I want a    Sincerely
    Class Action litigation   Walter Redmond
    lawsuit, and therefore    9-27-07
    need Counsel urgently.

# San Francisco County Jail Facility
## Prisoner Grievance Form

*SF 6A*
*08/29/07*

*TO: NURSE PRAC. WOODBURY*
*e-17-07*
*URGENT*
*2A17*

**Type of Grievance**
(Place an X in the corresponding category) *NEED TO SEE DOCTOR RE: ADDING MY NECK AND BACK.*

- ___ Classification
- ___ Psych Services
- ___ Telephone
- _X_ Jail Medical Services
- ___ Food Services
- ___ Other

*2324794*

| | |
|---|---|
| Date / Time: | 8-18-07 1430 |
| Facility: | CJ 5 |
| Deputy / Star# | CHIEN 1416 |
| Code | |
| Log Number | 307149 |

*2A-17*

**Prisoner's Name:** WALTER REDMOND  **Jail #** 5 @ BRUNO  **Cell #** 4B17

**Grievance** (Please be specific: time, date, etc.) I HAVE BEEN HAVING NECK PAINS AGAIN, FROM MY NECK BEING TWISTED AT MY ARREST, ON 7-15-07 WHEN THE POLICE PUT ME IN A "FULL NELSON" CHOKE-HOLD, AND CAUSED ME TO PASS COMPLETELY OUT. I WAS TAKEN DIRECTLY TO SAN FRANCISCO GENERAL HOSPITAL, BEFORE BEING ARRESTED, BECAUSE I COULD HARDLY MOVE MY NECK. THEY ASSUMED I HAD SWALLOWED DRUGS, AND TO THEIR SURPRISE, AND SHOCK, I HAD NOT! I WAS HURT, AND NOW MY NECK AGAIN IS STARTING TO HURT AT NIGHT, ALONG WITH BACK PAINS, I NEED TO SEE THE NURSE PRACTITIONER AGAIN. I NEED STRONGER MEDS, AND I WOULD LIKE A NECK BRACE. I ALREADY HAD MY ATTORNEY FILE A FEDERAL LAWSUIT @ 450 GOLDEN GATE AVE., ALSO FILED WITH THE O.C.C. - OFFICE OF CITIZENS COMPLAINTS, AND THE CONTROLLERS OFFICE ALSO HAS A COMPLETED CLAIM FORM. MY NECK IS HURTING NIGHTS, AND I'VE BEEN TO GENERAL. I'VE SENT FOUR GRIEVANCES

**Prisoner's Signature** Walter Redmond   e-17-07

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond   e-17-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:**  **Date:**
**Prisoner's Signature:**  ☐ Satisfied With Response  ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr Redmond, You are scheduled for the Trauma clinic at San Francisco General Hospital for your medical problems. Thank you.

**Signature:** [signature]  **Date:** 06/30/10
**Prisoner's Signature:**  ☐ Satisfied With Response  ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:**  **Date:**  ☐ Upheld Grievance Response

Orginal (Facility Copy)  Gold (Response To Prisoner)  Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form (URGENT)

FOR: NURSE PRACTITIONER OR DOCTOR ON DUTY 8-16-07

**Type of Grievance** (Place an X in the corresponding category)

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ✓ Jail Medical Services — MED. CLINIC, URGENT 8-16-07 NECK HURTS NEED TO SEE DOCTOR.
- ___ Food Services
- ___ Other

#2324794

**Date / Time:** ___
**Facility:** ___
**Deputy / Star#:** ___
**Code:** ___
**Log Number:** 807148

2A-17

**Prisoner's Name:** WALTER REDMOND    **Jail#** C.J#1 4th Fl.    **Cell #** 3 DORM

**Grievance** (Please be specific: time, date, etc.) MY NECK HAS STILL BEEN VERY SORE AND I AM IN PAIN AT NIGHT WHEN TRYING TO SLEEP AS WELL AS IN THE DAYTIME. THIS IS THE SECOND GRIEVANCE FORM I HAVE SENT TO THE MEDICAL CLINIC, ALONG WITH SEVERAL ACTION REQUESTS WITH NO RESPONSE AT ALL. I WAS CHOKED-OUT LITERALLY @ MY ARREST, PUT IN A FULL NELSON, ALMOST SNAPPED MY NECK THINKING I HAD SWALLOWED DRUGS, WHICH THEY DID NOT RECOVER BECAUSE I HAD NONE. IT WAS A SUNDAY MORNING — IGNORANT NARCO AGENTS, I'M FROM SALT LAKE CITY, UT. I HAVE NECK PAINS, VERY STIFF, AND I NEED A BRACE TO KEEP IT POSITIONED AS NOT TO HURT, ALSO PAIN MEDS. I WAS TAKEN DIRECTLY TO THE HOSPITAL WHEN I ARRIVED DOWNSTAIRS, WAS AT S.F. GENERAL 8 HOURS REGARDING MY NECK, AND BACK. I AM STILL IN SEVERE PAIN AT NIGHT AND HAVE NOT BEEN SEEN REGARDING THIS MATTER. WAS SEEN @ S.F. GENERAL 7-15-07

**Prisoner's Signature** Walter Redmond  8-16-07  NEED MEDS

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  8-16-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:** Mr Redmond, you have a follow-up appt @ SFGH

**Signature:** [signed]   **Date:** 8-21-07

**Prisoner's Signature:** ___   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:** ___   **Date:** ___
**Prisoner's Signature:** ___   ☐ Satisfied With Response   ✓ Prisoner Appeal

**Facility Commander response:** Hello Mr. Redmond, your clinic appt with staff is scheduled. I agree with the Nurse Manager reply above. Thank you.

**Signature:** [signed]   **Date:** 08/27/07   ✓ Upheld Grievance Response

Original (Facility Copy) — Gold (Response To Prisoner) — Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

FOR: MEDICAL CLINIC & KITCHEN STAFF
8-13-07
URGENT

**Type of Grievance** VERY URGENT (NEED DIET TRAY)
(Place an X in the corresponding category)

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ✓ Jail Medical Services
- ✓ Food Services
- ___ Other

**Date / Time:** 08-13-07  1353 HRS
**Facility:** CJ 5
**Deputy / Star#:** ANASSE II / 911
**Code:** A
**Log Number:** 07-07-08-098
6M4B17    2A-17

**Prisoner's Name:** WALTER REDMOND   **Jail #** 5   **C.J. #** 5   **Cell #** 3 DORM/TANK

**Grievance** (Please be specific: time, date, etc.) I AM DIABETIC, IN YOUR COMPUTER, AND I HAVE JUST COME-BACK FRIDAY 8-10-07, AND THE KITCHEN HAS REPEATEDLY NEGLECTED TO GIVE ME MY DIET TRAY @ EVERY MEAL TIME HERE ON THE 6TH FLOOR. I HAVE TALKED TO DEPUTIES NUMEROUS TIMES AND MOST OF THEM COULD CARE LESS, AND GIVE ME SOME STORY THAT I CAN SEE RIGHT THRU, BEING A COLLEGE GRADUATE, AND 50 YEARS OLD WITH 20 YEARS BIBLE STUDY UNDER MY BELT, AND I DROVE OVER-THE-ROAD AS A TRUCK DRIVER, 3 YEARS. I'M WELL EDUCATED, AND KNOW WHEN A PERSON IS LYING ABOUT SOMETHING MOST OF THE TIME, AND IT'S EASY WITH THESE UNEDUCATED DEPUTIES TELLING ME THEIR GONNA LOOK INTO MY DIET TRAYS, AND THEY DON'T. IT'S JUST FAST TALK, AND INSULTS MY INTELLIGENCE. MOST OF THEM ONLY A HIGH SCHOOL EDUCATION... I NEED MY DIET TRAYS, AND SUPPER, SACK LUNCH FOR NIGHT (THAT'S NOT MUCH)

**Prisoner's Signature** Walter Redmond   8-13-07

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond   8-13-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:** ANASSE #1911
TO BE FORWARDED TO MEDICAL OFFICE

**Signature:** [signed]   **Date:** 08/13/07
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:** Hello Mr. Redmond, please read reply attached. Thank you

**Signature:** [signed]   **Date:** 08/27/07   ☑ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)