In the United States District Court
For the Northern District of California

-----------------------------X

WALTER REDMOND

v.

SAN FRANCISCO POLICE DEPT.
CITY & COUNTY OF SAN FRANCISCO

-----------------------------X

Civil Action No C 07 4276 CW (PR)

FILED
07 OCT -3 PM 4:12
[Clerk's stamp: RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

DECLARATION FOR ENTRY OF DEFAULT

Walter Redmond, hereby declares:

I am the plaintiff herein. The complaint herein was filed as case # C 07 4276 CW (PR) on the 6th day of August, 2007

More than 20 days have elapsed scinee the date on which the defendants herein were served with summons, and a copy of Plaintiff's complaint, excluding the date there of.

The defendants have failed to anwser or otherwise defend, as to Plaintiffs complaint, or serve a copy of any anwser

Pg. #2.
Con't: or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetants.

I declare under penalty of perjury, that the foregoing is true and correct. Executed at San Francisco, Ca. 94066, on 10-1-07

Walter Redmond
10-1-07

(803) 530-1136 CELL# MESS.