WALTER REDMOND
P.O. BOX 67
C.J. #5 @ 8A-12
SAN BRUNO, CA. 94066


USA 41

CLERK OF THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT
    OF CALIFORNIA @ RM. 394
  450 GOLDEN GATE AVE, # BOX 36060
    P.O. BOX 36060
    SAN FRANCISCO, CALIF. 94102
  CASE C 07 4276 CW (PR)