**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                   General Court Number
Clerk                                                                                                                                    510.637.3530

October 9, 2007

RE:  <u>CV 07-04276 CW</u>        <u>WALTER RAY REDMOND-v- SAN FRANCISCO POLICE DEPT</u>

Default is declined as to defendants on 10/9/07.

                                                                RICHARD W. WIEKING, Clerk

                                                                by:  <u>Clara Pierce</u>
                                                                Case Systems Administrator