CASE #: C 07 4276 CW (PR)
FILED: Aug. 20th, 2007

In the United States District
For the Northern District of California

---

WALTER RAY REDMOND

        Plaintiff

v.

SAN FRANCISCO POLICE DEPT.
CITY OF SAN FRANCISCO
CITY AND COUNTY OF SAN FRANCISCO
SAN FRANCISCO SHERIFF'S DEPT. et al.
        Defendants

Civil Action No. ___

FILED
OCT 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under the color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claim for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

The City and County of San Francisco, is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occured.

## LEGAL CLAIMS

* Plaintiff's reallege and incorporate by reference paragraphs 1-11.

* The excessive force/full-nelson "choke hold", rendering plaintiff absolutely unconcious, in an effort to retrieve hardcore drugs, which agents assumed plaintiff was in possesion of, absolutely violated plaintiff WALTER REDMOND's rights and constituted a breach of the 14th Amendment, "due process", and "equal protection of the laws," violating this 14th Amendment to the United States Constitution in it's totality.

* The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been, and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

* WHEREFORE, plaintiff respectfully prays that this court enter judgement granting plaintiffs:

* A declaration that acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States.

CONTINUED * A preliminary, and permanent injunction ordering defendants [San Francisco Police Department] to absolutely refrain from harassment, excessive force, monitoring my relocating, to avoid becoming a victim, and possible casualty of the S.F.P.D., with its racist, violent, brutal, even murderous track record, toward minorities, (like the 12 year old Samoan retarded child, who was shot dead 5 or so years ago, in Hunters Point or Potrero Hill, around Christmas, for having a plastic play gun.) I am a native San Franciscan, relocated to Walnut Creek in 1999, 50 years old, and I would need an inch thick tablet like this one to tell the stories of S.F.P.D.'s <u>historically brutal track record</u> and such, paralleling the famous L.A.P.D. if you will... Check your records, dating back to 1962, when the police shot the black man in the "BACK OF THE HEAD", on Hunters Point Hill! I was 8 years old at the time, but I recall the elders speaking of this, "appalled", and in <u>discust</u>, while <u>mourning</u>, and riot followed, another unjustified homicide, to be "aquitted", once it passes through the courts, like the "Rodney King" verdict!... Those of us whom are diligent, loyal, Spiritual, true-to-life believers in God, know that times haven't really changed in the inner-city, which is why I've lived in Salt Lake City, UT. among my Mormon friends, and Walnut Creek, Ca., the last 10 years. Wisdom, knowledge, understanding, also morals, integrity, and values. From time to time, periodically I come back to see family for 72 hours, and I would feel somewhat safer, but then not really, because S.F.P.D. is notorius, deadly, unwholesome.

CONTINUED * Compensatory damages in the amount of $1,000,000 one million dollars, against each defendant, jointly and severally.

* Punitive damages in the amount of 1,000,000 one million dollars, against each defendant.

* A jury trial on all issues triable by jury

* Plaintiff's cost in this suit

* Any additional relief this court deems just, proper, and equitable.

Dated: 10-15-07

Respectfully submitted,

Walter Redmond
WALTER REDMOND 10-15-07
P.O. BOX #67
SAN BRUNO, CA. 94066
(415) 933-1954 MESS. #
(415) 756-8025 MESS #

RE: WALTER REDMOND)
42 U.S.C. 1983

CASE #:C 07 4276 CW(PR)
10-15-07

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing, my initial complaint filed August 20th, 2007 is true and correct. I respectfully request a lie detector test for defendants, for further confirmation, and verification

Executed at [San Francisco, California] on [10-15-07]

Walter Redmond
Walter Redmond

RE: Urgently requesting Counsel          10-15-07

Dear Sir/Ma'am,

I Walter Redmond, once again do humbly, and respectfully request counsel/attorney, be appointed, seeing that this litigation has "exceeding merit," and a jury hands-down, will decide in my favor, because of the historical conduct, and known track record, of the S.F.P.D.. The defendants have from the start falsified a police report, omitting I was choked out-cold from behind. I had to be sent to S.F. General for neck injury for 8 hours, and recieved an inadequate "look-over" by doctor, because defendants co-worker/friend, came to retrieve me, and the nurse, and myself were under "duress," bon-a-fide threat to not file the truth!..