WALTER REDWOOD
P.O. BOX 67
C.T. #5 @ 2B #10
SAN BRUNO, CA. 94066

CLERK OF THE UNITED STATES DISTRICT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE RM 396
P.O. BOX #36060
SAN FRANCISCO, CALIF. 94102

% RICHARD R. WIEKING
CASE #C 07 4276 CW (PR)

SAN FRANCISCO CA 941
15 OCT 2007 PM
USA 41

RECEIVED
OCT 16 2007