IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

WALTER REDMOND
Plaintiff

SAN FRANCISCO Police Dept.
City & County of San Francisco et al,
Defendants

CASE#: C 07 4276 CW (PR)

MOTION FOR
OFFICIAL SERVICE
OF PROCESS

Civil No:

**FILED**
OCT 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

The plaintiff in the above entitled matter hereby moves the court for an order directing the United States Marshal's Service to serve process pursuant to 28 U.S.C. § 1915.

The court has already approved my application to file the matter _in forma pauperis_. The full names and addresses are contained in the complaint.

Dated this 19 day of October, 2007.

Walter Redmond
WALTER REDMOND   10-19-07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond

    Plaintiff

v.

San Francisco Police Dept.
City and County of San Francisco et al,
    Defendants

CASE#: C 07 4276 CW (PR)

CERTIFICATE OF SERVIVE

Civil No:

I hereby certify that a copy of the foregoing _____
                                                                        (Name of pleading)

was mailed/delivered to _____ at _____
(choose one)    (Name of defendants(s) or    (Address)
                      defendants attorney)

on _____, 20___.
  (Date)

_____
(Signature of person mailing document)