*[Scanned envelope]*

Postage: $00.41, OCT 24 2007, Mailed from ZIP code 94103

RECEIVED
07 OCT 26 PM 4:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Return address:
Walter Redmond
P.O. 67 @ Bruno
San Bruno, CA 94066

Addressed to:
United States District Court
For Northern California
450 Golden Gate St.
Clerk of the Court
Mr. Richard W. Wieking

Case# C 07 4276 CW (PR)