NAME: Walter Redmond
ADDRESS: P.O. BOX 67
TELEPHONE: (803) 530-1136

FILED
NOV - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter R. Redmond
   Plaintiff
v.
San Francisco Police Dept.
San Francisco Narco Squad @ Tenderloin Precinct Station
San Francisco City
San Francisco County et al,
   Defendants

CASE #: C 07 4276 CW (PR)

MOTION REQUESTING COURT TO ORDER THE DEFENDANTS TO REPLY

Civil Action No. ___

---------------------------------------------X

I Walter R. Redmond am the petitioner/plaintiff in the above entitled case. I do humbly, and respectfully request, at the required time, according to litigation protocol, that the above defendants be ordered to reply to the complaint/summons.

This case has exceeding merits, starting with a false police report, omitting application of the full-nelson choke-hold, and has "reasonable opportunity to prevail on the merits"...

This is a claim upon which relief can be granted, my constitutional rights of "due process" have been violated.

Walter R. Redmond

Date 11·1·07

CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

Naomi Willis
Investigator

DIRECT DIAL:   (415) 554-3893
E-MAIL:        NAOMI.WILLIS@SFGOV.ORG

October 26, 2007

Walter Redmond #2324794
P.O. Box # 67
County Jail #5
San Bruno, CA  94066

RE:   File Name:      Walter Redmond
      File Number:    08-00883
      Incident Date:  September 14, 2007
      Filed:          October 15, 2007

Dear Sir or Madam:

Your correspondence was received by this office on October 15, 2007 and a review is underway.

When the review has been completed, I will be in touch with you. If you have not been contacted within 30 days, you may call me directly at (415) 554-3893.

Very truly yours,

DENNIS J. HERRERA
City Attorney

Naomi Willis
Investigator

Fox Plaza ·1390 Market Street, Suite #250· San Francisco, California 94102-5408
RECEPTION: (415) 554-3900 · FACSIMILE: (415) 554-3985

n:\claim\cl2007\08-00883\00445995.doc