UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004236051
$ 00.41⁰
NOV 05 2007
MAILED FROM ZIP CODE 94103

WALTER REDMOND
P.O. BOX 67
SAN BRUNO, CALIF.

UNITED STATES DISTRICT COURT
OF NORTHERN CALIFORNIA
CLERK OF THE COURT
450 GOLDEN GATE AVE
P.O. BOX 94606
SAN FRANCISCO, CALIF.
% RICHARD W. WIEKING