Name: Walter Redmond
Address: P.O. Box 67
Telephone: (803) 530-1136

FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| Walter Ray Redmond<br>Plaintiff<br><br>v.<br><br>San Francisco Police Dept. @ Tenderloin Station (Narco-Squad @ Day Shift)<br>City and County of San Francisco<br>San Francisco County et al,<br>Defendants | CASE #: C 07 4276 CW (PR)<br><br>DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS<br><br>Civil Action No. ___ |

---

I __Walter R. Redmond__, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs, or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding, or to give security therefore, and that I believe I am entitled to redress.

I declare that all statements submitted thus far in this litigation which I have filed, are in fact true and correct.

Signed this __31ST__ day of __October__, 20__07__.

Walter Ray Redmond
11-23-56 D.O.B.

S.S.N # 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