10/26/07

WALTER REDMOND

Dear Sir/Ma'am,

I would like a "status report" on case # C 07 4276 CW (PR). I don't know if it has been assigned to a judge, if summons have been served and such. I've recently written the Controllers Office requesting a status report also... I'm sending this "activity account ledger" for my case of, C 07 4988 CW (PR), in the event I'd forgot to. Can you also send copies of documents to my home residence, for future reference, along with copies to me here at P.O. BOX 67 @ SAN BRUNO, CA. 94066

Sincere
Thanks

Walter Redmond
10/26/07

FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Account Activity Ledger**

Date : 10/02/2007
Time : 22:13

From : 07/15/2007   To : 10/02/2007

OCT - 5 2007
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

07cv722

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2324794 | Name REDMOND, WALTER | | | Block 6MFL30 | | | Previous Balance | | 0.00 |
| Initial Entry | 07/15/2007 | 19:49 | B#220388 | 593800 | D | | 7.10 | | 7.10 |
| Sales Transaction | 07/18/2007 | 05:36 | I#255251 | | I | 6.25 | | | 0.85 |
| Sales Transaction | 07/25/2007 | 05:20 | I#257423 | | I | 0.64 | | | 0.21 |
| Sales Transaction | 07/25/2007 | 03:24 | I#257539 | | I | -0.64 | | | 0.85 |
| Sales Transaction | 07/26/2007 | 05:26 | I#257501 | | I | 0.64 | | | 0.21 |
| | 09/14/2007 | 15:18 | B#233237 | 721775 | D | | 30.00 | | 30.21 |
| Sales Transaction | 09/20/2007 | 05:36 | I#257111 | | I | 29.39 | | | 0.82 |

|   |   |   |   |
|---|---|---|---|
| Deposits | 2 | For $ | 37.10 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 5 | For $ | 36.28 |

This is the current "inmate trust fund account" reciept. For any questions dial (650) 266-9800, San Bruno County Jail facility, where I am currently housed. Current balance 0.82¢ sir.



10

Page : 1