Name: WALTER REDMOND
Address: P.O. BOX #67 @ SAN BRUNO, CA. 94066
Telephone: (803) 530-1136 MESSAGE #

RECEIVED
07 NOV 13 PM 3:54
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond
Plaintiff

v.

San Francisco Police Dept. @
City and County of San Francisco
Defendants
                          et al,

CASE# C 07 4276 CW (PR)

MOTION FOR APPOINTMENT OF COUNSEL

Civil No:

---

The plaintiff in the above entitled matter hereby moves the court for an order appointing legal counsel to act on his/her behalf.

The court has already approved the plaintiffs application to file the matter in forma pauperis.

Dated this 19 day of October, 2007.

Walter Redmond 10-19-07
Walter Redmond