WALTER R. REDMOND
P.O. BOX #67 @ 2B
SAN BRUNO, CA 94066

RECEIVED
07 NOV 13 PM 3:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CALIF. 94102
% RICHARD W. WIEKING

CASE #C 07 4276 CW (PR)
581023-3651 C004

SAN FRANCISCO, CA
NOV 9
2001
PM

USA 41