IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

WALTER REDMOND
Plaintiff

San Francisco Police Dept.
City & County of San Francisco et al,
Defendants

CASE#: C 07 4276 CW (PR)

MOTION FOR OFFICIAL SERVICE OF PROCESS

Civil No.

*FILED NOV 13 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND SF*

---

The plaintiff in the above entitled matter hereby moves the court for an order directing the United States Marshal's Service to serve process pursuant to 28 U.S.C. § 1915.

The court has already approved my application to file the matter in forma pauperis. The full names and addresses are contained in the complaint.

Dated this 19 day of October, 20 07.

Walter Redmond
WALTER REDMOND 10-19-07