To: Honorable Judge
Case 4:07-cv-04276-CW    Document 23    Filed 11/13/2007    Page 1 of 5
11/8/07
FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sir/Ma'am,

Please have U.S. Marshall serve the defendants in litigation C 07 4276 CW (PR) with "summons," and "complaint" filed in August 2007, against S.F.P.D., and send me a status report, at my P.O. BOX 67 address, at your convenience. Here is a correspondance from the City Attorney, and though it is obvious the police report was falsified, omitting I was choked unconcious, "excessive force," they still denied my claim, "smoking gun"! S.F.P.D. tells lies/fabrications from the gate, "the starting box"! It's quite obvious I'm gonna need an attorney...

Walter Redmond
11/8/07

# San Francisco Police Department
## NARRATIVE

**070712990**

While driving west on the two hundred block of Turk St Officers I. Michaud #915, Lew #1777, Minner #149 and I saw (B) Redmond standing in front of 275 Turk St. Redmond was talking with another male and when they saw us they quickly separated and walked away in different directions Redmond was holding US Currency in his right hand. Having made numerous arrests in this area for the sales and possession of narcotics we believed we had just interrupted a narcotics transaction. We detained Redmond to investigate and a computer check revealed the above outstanding warrant and that he is on active probation with a search condition (CRT# 2098874). Redmond was placed under arrest. During an arrest search I found in his front right pants pocket a bottle that contained sixteen pills of suspected clonazepam. Redmond was transported to Tenderloin Station where Vic #64 at CWB confirmed the warrant. Redmond was booked on the above charges. Officer I Michaud booked the suspected narcotics at Tenderloin Station.

---

THIS IS THE POLICE REPORT OF THE DAY IN QUESTION, AND AS YOU WILL NOTICE THE ENTIRE PART OF THE OCCURANCE, WHERE I WAS "CHOKED UNCONCIOUS" IN AN EFFORT TO RETRIEVE DRUGS THEY ASSUMED I SWALLOWED, BECAUSE OF THE AREA I WAS IN, WAS TOTALY OMITTED FROM THE POLICE REPORT! THE ENTIRE HOSPITAL FILE ABOUT MY NECK IS @ S.F. GENERAL, AND THERE WERE MANY WITNESSES THERE WHEN I AWOKE ON THE GROUND TO HEAR ALL FOUR AGENTS ARGUING BECAUSE I VOMITED ABSOLUTELY NO DRUGS UP, BECAUSE I SWALLOWED NONE.

P.S. There's a news clipping in this envelope I would like put into my file for later use at court. The clipping involves an officer.

Walter Redmond
10-12-07

Incident# 070712990

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial
**Incident Number:** 070-712-990
**Occurrence from Date/Time:** 07/15/07 10:57
**Occurrence to Date/Time:**
**Reported Date/Time:** 07/15/07 10:57
**CAD Number:** 071961614
**070712990**

COPY

**Type of Incident:** Warrant Arrest, Local SF Warrant -63010

**Location of Occurrence:** 275 Turk St
**At Intersection with/Premise type:** Sidewalk

| Confidential Report? | Arrest Made? ✓ | Suspect Known? ✓ | Suspect Unknown | Non-Suspect Incident? | Domestic Violence? | (Type of Weapon Used) | Reporting Unit 3J35 |

**Location Sent:** OnOview
**How Cleared?** 6
**Reported to Bureau Name:** 
**Star:** 
**Date/Time:**

| Elder Victim | Gang Related? | Juvenile Subject? | Prejudice Based? |

**DECLARATION**
I declare under penalty of perjury, this report of __5__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

**PROP 115 CERTIFIED   5 YEAR/POST**
**Signature:** 

**Reporting Officer:** Michaud, Brian D   **Star:** 1940   **Station:** Tenderloin Station   **Watch:** 0600-1600   **Date:** 07/15/07 15:00:26

**Reviewing Officer:** Sergeant Kevin E. Phipps #446   **Station:** Co. J   **Watch:** OT-6   **Date:** 07-15-07

**OIC:** LT. MICHAEL FLYNN, #898   **Star:** 846   **Station:**   **Watch:**   **Date:**

**Related Case:** 030348727   **Related Case:**   **Re-Assigned to:**   **Copies to:** 5G200   **Assigned to:** 5G200   **Add'l Copies**   **Assigned by:**

---

**Code R 1** | **Name (Last, First Middle):** SFPD 1940,915,1777,149. | **Alias:**

| DOB / Age | DOB Unk. | or age between: and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type Jurisd. | ID No. |

---

**Code B 1** | **Name (Last, First Middle):** Redmon, Walter | **ALIAS:**

**Home Address:** No Local

| DOB Unknown | Date of Birth 11/23/56 | Age 50 | or age between and | Race B | Sex M | Height 5'08 | Weight 165 | Hair Color BLK | Eye Color BRO |

**SFNO:** 326899

**Book Section #1:** W11357(X)   **Book Section #2:** 1203.2A PC   **Book Section #3:**   **Book Section #4:**   **Book Section #5:**   **Booking Location:**

**Warrant #:** S681671   **Court #:** 2098874   **Action #:** 196941   **Dept:** 22   **Enroute to:**   **CWB Check:** vic   **Star:** 64

**Warrant Violation(s):** 11352A HS
**Bail:** 0   **Mirandized:** ☐   **Star:**   **Date:**   **Time:**   **Statement:** ☐

**Citation #:**   **Violation(s):**   **Appear Date/Time:**   **Location of Appearance:**

**Book/Cite Approval:** Sgt Darcy   **Star:** 15   **Mass Arrest Code:**   **M X-Rays:**   **School (if Juvenile):**   ☐ CA Form Booked Copy Attached

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos

**CITY AND COUNTY OF SAN FRANCISCO**  **OFFICE OF THE CITY ATTORNEY**



DENNIS J. HERRERA
City Attorney

Naomi Willis
Investigator

DIRECT DIAL: (415) 554-3893
E-MAIL: NAOMI.WILLIS@SFGOV.ORG

September 7, 2007

Walter Redmond
1250 Pierce St., # 1
San Francisco, CA 94115

**COPY**

RE: Claim of Walter Redmond / Claim Number 08-00354

Department: SFPD   San Francisco Police Dept (38)
Incident Date: July 15, 2007
Claim Filed: August 13, 2007

NOTICE OF ACTION UPON CLAIM          PLEASE TAKE NOTICE THAT

An investigation of your claim filed with the City and County of San Francisco has revealed no indication of liability on the part of the City and County. Accordingly, your claim is DENIED.

WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a state court action on this claim. See Government Code section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Tort Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

DENNIS J. HERRERA
City Attorney

*Naomi Willis*

Naomi Willis
Investigator

---

FOX PLAZA · 1390 MARKET STREET · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3900  FACSIMILE: (415) 554-3985

Claim of:   Walter Redmond          Claim Filed:   August 13, 2007

I, Naomi Willis say: I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, Suite 250, San Francisco, CA 94102.

That on September 7, 2007 I served:

NOTICE OF ACTION UPON CLAIM



by placing a true copy thereof in an envelope addressed to:

Walter Redmond
1250 Pierce St., # 1
San Francisco, CA  94115

and by then sealing and depositing said envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California. The mailbox that I deposited said envelope is regularly maintained by the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2007 at San Francisco, California.

_____
Naomi Willis

DECLARATION OF SERVICE BY MAIL