NAME: Walter R. Redmond
ADDRESS: P.O. BOX 67 @ San Bruno, Ca. 94066
TELEPHONE:

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Walter R. Redmond
Plaintiff
v.
San Francisco Police Dept.
City of San Francisco
County of San Francisco et al.,
Defendants

CASE #: C 07 4276 CW (PR)

MOTION TO SET A TRIAL DATE

Civil Action No. ____

[Walter R. Redmond], hereby declares:

I am the plaintiff herein. I do humbly, and respectfully request that a date for trial be set in this matter. I believe the case may become complex, because of the facts being left out/omitted from the police report regarding my being strangled unconcious/out-cold. Defendants assumed I was a "derelict," and uneducated, not knowing I am a former resident of Walnut Creek, Ca., a former security officer of Sunvalley Mall, Mormon, with college background, and it was beyond their wildest imagination I would pursue this litigation, so the police report was falsified, truth omitted.

It is very apparent that defendants will lie under oath, to get their desired results. I am 51 years old, and know the tainted history of S.F.P.D.. It is my understanding that Bibles are not used in courtrooms anymore, for "swearing-in" folks," and so it is <u>convenient</u> for the <u>Spiritualy bankrupt</u> of the P.D, to wiggle/slither through, like snakes, to avoid detection, and truth!... I also know it is in my best interest, and justice will be better served, if I had competant counsel, there were four officers (NARCO) involved in this cover-up of "excessive force"... They've been caught in the first lie already, the "police-report" itself, I went to S.F. General, for 8 hours before I was returned to jail and booked in, due to neck injury.

Dated this 17th day of November 2007.

Walter R. Redmond
11-17-07