NAME: Walter Redmond
ADDRESS: P.O. Box 67 @ San Bruno, Ca. 94066
TELEPHONE: (803) 530-1136 MESS./EMAIL (wizzardwalt772002@yahoo)

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter R. Redmond
    Plaintiff
v.
San Francisco Police Dept.
City of San Francisco
County of San Francisco
    et al.
    Defendants

CASE# C 07 4276 CW (PR)

MOTION REQUEST FOR WAIVER OF DOCKET FEES AND COPY FEES ET AL, PAPERWORK

Civil Action No. ____

-----------------------------------x

I Walter Redmond, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs, or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding/docket fees/copies, or to give security therefore, so that I may respond to defendants rebuttle motions, in a timely fashion required by law, and I believe I am entitled to redress. I am in pauper-status, and in great need of consideration. Your consideration is extremely appreciated.

Walter R. Redmond 11-19-07