Name: Walter Redmond
Address: P.O. Box 672, San Bruno, CA 94066
Telephone:

1-17-08

CASE # C 07 4276 CW (PR)
REDMOND v. San Francisco P.D.

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond
    Plaintiff
    v.
San Francisco Police Dept.
San Francisco P.D. Chief Heather Fong
City of San Francisco
San Francisco County et al,
San Francisco Sheriff
    Defendants

MOTION FOR DEFAULT JUDGMENT

Civil Action No. ___

FILED
JAN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND SF

\* —#— MOTION FOR DEFAULT JUDGMENT —#— \*

Plaintiff moves this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court on or about [August 20th-2007]; the summons and complaint were duly served on defendants [San Francisco Police Dept. & S.F. Corporation @ City of San Francisco] on or about [November of 2007]; no answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the [    ] day of [              ]; no proceedings have been taken by the Defendant scince the default was entered; Defendant was not in the military service, and is not an infant or incompetent, as appears in the declaration of [Walter Redmond] submitted herewith.

Wherefore, plaintiff moves that this court make and enter a judgment that [prayer for compensator & punitive requested].

Walter Redmond    1-17-08