Name: Walter Redmond
Address: P.O. Box 614 San Bruno, Ca. 94066
Telephone:

1-17-08

CASE # C 07 4276 CW (PR)
REDMOND V. SAN FRANCISCO P.[D]

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond
    Plaintiff
    v.
San Francisco Police Dept.
City of San Francisco & County
San Francisco County
Police Chief Heather Fong et al,
    Defendants

DECLARATION FOR ENTRY OF DEFAULT

Civil Action No. ____

FILED
JAN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND  SF

\* DECLARATION FOR ENTRY OF DEFAULT \*

[Walter Redmond], hereby declares:

I am the plaintiff herein. The herein complaint, case # C 07 4276 CW (PR) was filled out around [August 20th, 2007].

The court files and record herein show that the defendants were served by the United States Marshal with a copy of summons, and a copy of plaintiffs' complaint in 2007, about September approximately.

More than 20 days have elapsed scince the date on which the Defendants herein were served with summons, and a copy of Plaintiffs complaint, excluding the date thereof.

The Defendants have failed to answer or –

otherwise defend as to Plaintiffs complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service, and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at [San Bruno, California] on [1-17-08].

Walter Redmond

1-17-08