WALTER REDMOND
P.O. BOX 69
SAN BRUNO, CA. 94066

UNITED STATES DISTRICT COURT
FEDERAL BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIF.
P.O. BOX 36060
% CLERK Richard W. Wieking

CASE # C07 4276 CW (PR)

SAN FRANCISCO CA
28 JAN 2008 PM
USA 41

94102/3661