NAME: Walter Redmond
ADDRESS: P.O. [...] San Bruno, CA. 94066
TELEPHONE:

1-25-08
CASE# C 07 4276 CW (PR)
REDMOND V. SAN FRANCISCO P.D.

IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO

RECEIVED
FILED
JAN 2 [...]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond
    Plaintiff
v.
San Francisco Police Dept.
Chief of Police/C.E.O. Heather Fong
City of San Francisco & County
San Francisco Sheriffs'
San Francisco Corporation, et al,
    Defendants

MOTION TO REQUEST A "DEPOSITION UPON WRITTEN REQUEST"

Civil Action No. _____

## — DEPOSITIO UPON WRITTEN REQUEST —

WHEREFORE, I Walter Redmond am the plaintiff in this case. I do hereby respectfully request that the court initiate "pre-trial discovery" and allow me to do "Deposition Upon Written Questions" in regards to defendants. I am Pro-Se, and do not have the luxury of counsel, as does defendants, an unlevel playing field, uneven-scales, if you will, chips being stacked again'st me out of the starting gate. Nevertheless, I will still work diligently to prepare all necessary paperwork for an upcoming trial, seeing I have requested a date for trial, and by no means will I deviate from this pursuit. As sure as defendants have violated my U.S. Constitutional rights illegally, separating me from family and friends, choking me out-cold, I will not let-up until a jury here's the matter!...

Walter Redmond
1-25-08