NAME: Walter Redmond  2/17/08
ADDRESS: P.O. Box 67 @ San Bruno, Ca. 94066  CASE # C 07 4276 CW (PR)
TELE:  REDMOND V. S.F. Police Dept.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA @ S.F.

| | |
|---|---|
| Walter Redmond<br>Plaintiff<br>v.<br>San Francisco, Ca. Police Dept. @<br>Tenderloin Station Downtown.<br>City of San Francisco/Heather Fong<br>S.F. Sheriffs et al, Defendants | * MOTION TO REQUEST ALL<br>* COMPLAINTS ON DEFENDANTS<br>* IN INTERNAL AFFAIRS @<br>* S.F., Ca. OFFICE, 850 BRYANT<br>* ST., ALSO @ O.C.C. OFFICE.<br>* Civil Action No. _____ |

MOTION REQUESTING COMPLAINTS AT INTERNAL AFFAIRS & O.C.C. OFFICE

WHEREFORE, I Walter Redmond am the plaintiff in this case. I do hereby request that all records/complaints by civilians at Internal Affairs office, and the Office of Citizens Complaints, against defendants (four arresting officers on 7-15-07 @ 10:40AM, one asian female/one asian male/two white officers) all four present in the Silver Crown Victoria, who held me while I was put in a full-nelson choke-hold, and choked out-cold, unconcious! Excessive force, in 30 seconds, after leaping from car. Please provide for the court to review at trial, all complaints/ON RECORD, by civilians over the last 10 years, on all four officers participating in my arrest, employed out of the Tenderloin Station. Extremely Urgent for trial preparation... (Arrested 7-15-07 @ 10:40am Sunday)

Walter Redmond  2/17/08

FILED
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA