2/20/08

Honorable Judge Claudia Wilken,

I hope my correspondance finds all well for 2008, Godspeed if you will... I am writing to let you know I will be home in a few weeks, returning to Walnut Creek, Ca., and I plan on diligently making an effort to retain attorney John Burris of Oakland also, I hear many reviews about him. I also just learned that the asian officer "Fong", in the newspaper clipping where the "MED STUDENT" got beat, and jumped on by police, well that "Fong" guy is <u>one of the same</u> officers who was present on 7-15-07 at 10:45AM Sunday, at my arrest, that helped "strangle" me out cold! An asian woman, "Fong", and two white officers, <u>male</u>, in the silver Crown Victoria Narco vehicle (peuter-color). OAKLAND These are <u>violent</u>, <u>bad</u> <u>cops</u> that will soon hurt or kill someone, and now that you are <u>aware</u> — if you don't rectify the problem, that persons "blood will be on your head"! Like the Bible says.... Sleep well, God-bless... <u>Nothing Personal</u>.

Walter Redmond 2/20/08

*Please put in my file, for later use at trial.*

# Med school grad sues, says police injured his shoulder

**By Henry K. Lee**
CHRONICLE STAFF WRITER

A recent graduate of UCSF Medical School has filed a $1 million federal civil rights suit accusing San Francisco police of roughing him up and injuring his shoulder as he was tinkering with a car at an auto repair shop.

The confrontation forced Edward Yamoah, who is now a resident doctor in a Houston-area hospital, to undergo surgery on a torn rotator cuff, said the suit filed in U.S. District Court in San Francisco.

"This is a wonderful man who is doing everything possible to be a good citizen, and yet he gets treated in the most outrageous manner possible," Yamoah's attorney, John Burris of Oakland, said Tuesday. "He was dehumanized, and his career as a surgeon was jeopardized."

A city attorney's spokesman was unavailable for comment Tuesday night. The city has not yet responded in court to the suit, which names Police Chief Heather Fong and officers Kevin Healy, Jason Kristal, Robert Dias, 40, and Lee Eimers, 34.

Yamoah, 27, said he had a flashlight and was working on the engine of a used Acura on the night of Dec. 28, 2006, near Emerald Auto near 12th Avenue and Judah Street in the city's Inner Sunset district.

The car had been towed to the shop after hours with the owner's permission, and Yamoah had hoped to use parts from it to repair another vehicle, the suit said.

As Yamoah was working on the Acura, Healy and Kristal rolled up... [text obscured] said. It wasn't clear why the officers chose to approach Yamoah.

Yamoah told the officers that the Acura was his car and that he had identity... [obscured]... him during the struggle and pushed a flashlight against his elbow, the suit said. The pushing was allegedly so severe it caused an imprint in Yamoah's shirt to break.

Yamoah yelled that the officer was hurting him, but got no response, the suit said. Without provocation, Eimers kicked Yamoah in the ribs, and Dias told him that he was "a dead man" when Yamoah asked why he was kicked, the suit said.

Kristal joined the others and punched Yamoah in the face with a clenched fist, the suit said. Yamoah asked why he did this, and Kristal replied, "because I want to," the suit said.

[obscured paragraphs]

Dias falsely stated in his police report that Yamoah was "litigious, threatening and hysterical," the suit said.

Dias wrote that Yamoah wanted to speak with his attorney because he wanted to get paid for this incident, the suit said. Yamoah denied making such a statement.

Yamoah was not charged with a crime. The suit alleges assault, battery, false imprisonment... [obscured]... officers because Yamoah is African American.

E-mail Henry K. Lee at hlee@sfchronicle.com

*More confirmation on the <u>traditional</u> conduct of S.F.P.D. again'st people of color. This is standard proceedure I've witnessed in my 51 years on earth, starting with the officer shooting the "un-armed" black youth in Hunters Point 40 years ago! I was 11 years old, just arrived from Texas with parents...*