3/29/08

Dear Sir/Ma'am,

please send all future mail and correspondance to my home address from this point, send to:

Walter Redmond
1250 Pierce St. #1
San Francisco, Ca. 94115

All court mail, documents from judges regarding cases C 07 4276 CW (PR), and case 4988 – Redmond v S.F.P.D., and also Sheriffs Dept.

Sincerely
Walter Redmond

FILED
~~RECEIVED~~
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA