Walter Redmond
450 Pierce St #1
San Francisco, Ca. 94115

"Urgent"

United States District Court
450 Golden Gate Ave
P.O. Box 36060 Federal Bldg.
San Francisco, Calif. 94103

℅ Richard W. Wieking
Clerk of the Court

"Urgent"

SAN FRANCISCO CA 941
29 MAR 2008 PM
USA 41