**OFFICE OF THE CLERK**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
CLERK

1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212
(510) 637-3530

July 17, 2008



City Attorney
City of San Francisco
City Hall, Room 234
San Francisco, CA 94102

Re:  C-07-4276 CW, <u>Redmond v. SFPD, et al.</u>

Dear Sir:

Enclosed are copies of the Complaint, Supplemental Complaint, Order of Service, and Notice of Lawsuit and Request for Waiver of Service of Summons in the above-captioned case which are being provided as a **courtesy**. These documents have also been mailed to the named Defendants.

Very truly yours,

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk

scc

encls.