CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

CELIA W. LEE
Deputy City Attorney

DIRECT DIAL: (415) 554-3858
E-MAIL:     celia.lee@sfgov.org

August 11, 2008

Clerk of Court
United States District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA  94612-5212

FILED
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:   Walter Ray Redmond v. San Francisco Police Dept. et a.
      USDC-ND Case No. C-07-4276 CW (PR)

Dear Clerk of Court:

Please find enclosed the Waiver of Service of Summons in the above-captioned action. Please note that the Waiver is being returned on behalf of both named defendants City and County of San Francisco ("the City") and the San Francisco Police Department. The Police Department is erroneously named as a defendant. It is a department of the City, and is not an entity that may be sued independently of the City.

Very truly yours,

DENNIS J. HERRERA
City Attorney

CELIA W. LEE
Deputy City Attorney

FOX PLAZA · 1390 MARKET STREET, 6TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3800  FACSIMILE: (415) 554-3837

n:\lit\li2008\090086\00502444.doc