1

2

3

4                     IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   WALTER RAY REDMOND,                    No. C 07-04276 CW (PR)

8          Plaintiff,                      ORDER DISMISSING CLAIM AGAINST
                                           "OFFICER FONG"
9       v.

10   SAN FRANCISCO POLICE DEPT,

11          Defendants.
                                    /
12  ───────────────────────────────

13        On July 17, 2008, the Court issued an Order of Service and

14   directed Plaintiff to file an amendment to the complaint,

15   identifying the Officer Fong he wishes to sue and stating his

16   claim against that officer.  The Court gave Plaintiff until August

17   18, 2008 to file an amendment to the complaint.  Failure to do so

18   would result in dismissal of the claim against "Officer Fong"

19   without prejudice.  The time to file the amendment to the complaint

20   has passed, and Plaintiff has failed to do so.  Accordingly,

21        IT IS HEREBY ORDERED that the claim against "Officer Fong" is

22   dismissed without prejudice.

23        IT IS SO ORDERED.

24

25   Dated: 10/16/08                       _____
                                           CLAUDIA WILKEN
26                                         UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WALTER RAY REDMOND,

        Plaintiff,

  v.

SAN FRANCISCO POLICE DEPT et al,

        Defendant.

Case Number: CV07-04276 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Celia Wan-Tsing Lee
Office of the City Attorney
Fox Plaza
1390 Market St., 6th Floor
San Francisco, CA 94102

Walter Ray Redmond
1250 Pierce St., #1
San Francisco, CA 94115

Dated: October 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California