IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER RAY REDMOND, | No. C 07-04276 CW (PR) |
| Plaintiff, | ORDER VACATING HEARING |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Good cause appearing, the hearing noticed in this matter on Defendants' "Motion to Dismiss for Failure to Prosecute or, in the Alternative, for Summary Judgment" for September 17, 2009 at 2:00PM is hereby VACATED.

The motion will be decided without a hearing.

IT IS SO ORDERED.

Dated: 9/3/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WALTER RAY REDMOND,

      Plaintiff,

v.

SAN FRANCISCO POLICE DEPT et al,

      Defendant.

Case Number: CV07-04276 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Ray Redmond
1250 Pierce St., #1
San Francisco, CA 94115

Dated: September 3, 2009

      Richard W. Wieking, Clerk
      By: Sheilah Cahill, Deputy Clerk

2